```
7007 3020 0000 7525 1014
```

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

CA B 09-066
DKts #1&#2

Sent To: IBRAHIMA DIALLO A-088-426-570
Street, Apt. No.; or PO Box No. Willacy Det Ctr 1800 Industrial D
City, State, ZIP+4 Raymondville, TX 78580

PS Form 3800, August 2006    See Reverse for Instructions

United States District Court
Southern District of Texas
FILED

MAR 1 2 2009

Michael N. Milby
Clerk of Court